Case 4:25-cv-00348-WMR   Document 7   Filed 01/06/26   Page 1 of 2

FILED IN CLERK'S OFFICE
U.S.D.C. Rome

JAN 06 2026

KEVIN P. WEIMER, Clerk
By: _____
      Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Binkleys Auto Repair + Towing**
was received by me on *(date)* **12-16-25**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Edwin "Donnie" Scott** , who is designated by law to accept service of process on behalf of *(name of organization)* **Binkleys Auto Repair + Towing** on *(date)* **12-23-25 @ 10:15 AM** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: **12-23-25**

_Nan Winkelman_
Server's signature

**Nan Winkelman   Process Server**
Printed name and title

**P O Box 388   Rome GA 30162**
Server's address

Additional information regarding attempted service, etc:

[ Print ]   [ Save As... ]                                                                 [ Reset ]

# UNITED STATES DISTRICT COURT
## for the

Calandra J. Higgins
*Plaintiff(s)*

v.

PFC Jordan Vasser, et al
*Defendant(s)*

Civil Action No. 4 25-CV-348

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Binkley's Auto Repair & Towing
C/O James A. Binkley
1219 Calhoun Avenue NE
Rome, GA 30161

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Calandra J. Higgins
112 Saddle Mountain Rd SE
Rome, GA 30161

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEVIN P. WEIMER
*CLERK OF COURT*

Date: 12-15-2025

*Signature of Clerk or Deputy Clerk*